IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| TAMRA BOWERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: CIV-23-419-J |
| | ) | |
| CSAA GENERAL INSURANCE | ) | |
| COMPANY and/or AAA | ) | |
|   INSURANCE | ) | |
| COMPANY d/b/a AAA | ) | |
|   INSURANCE, | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S EXPERT IDENTIFICATION

COMES NOW Plaintiff Tamra Bowers and submits the following Expert Identification:

1. Mort Welch, Welch & Smith, 6440 Avondale Drive, Ste 206, Oklahoma City, OK 73116

   **Anticipated testimony:** **Opinions are contained with the Rule 26 Expert Report provided to Defense counsel.**

Respectfully submitted,

*/s/ Jacob L. Rowe*
Simone Fulmer Gaus, OBA #17037
Jacob L. Rowe, OBA #21797
Andrea R. Rust, OBA #30422
FULMER SILL PLLC
1101 N. Broadway Ave., Suite 102
Oklahoma City, OK  73103
Phone: (405) 510-0077
Fax:    (800) 978-1345
Email:  sfulmer@fulmersill.com
            jrowe@fulmersill.com
            arust@fulmersill.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of February, 2024, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Maurice G. Woods, II
Orion A. Strand
McATEE & WOODS, P.C.
410 N.W. 13th Street
Oklahoma City, OK 73103
mauricew@mcateeandwoods.com
orions@mcateeandwoods.com


*/s/ Jacob L. Rowe*

2