**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| TAMRA BOWERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-23-419-J |
| | ) | |
| CSAA GENERAL INSURANCE COMPANY and/or AAA INSURANCE COMPANY d/b/a AAA INSURANCE, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Before the Court is Plaintiff's motion for reconsideration of the Court's Order granting partial summary judgment in favor of Defendant CSAA General Insurance Company (Defendant) [Doc. No. 47], to which Defendant responded [Doc. No. 48] and Plaintiff replied [Doc. No. 49].

"Where, as with this motion, a party seeks reconsideration of a non-final order, the Court has plenary power to revisit and amend the interlocutory order as justice requires." *Naylor Farms, Inc. v. Anadarko OGC Co.*, No. CIV–08–668–R, 2011 WL 7053791, at *1 (W.D. Okla. Sept. 14, 2011). A motion to reconsider "is appropriate where the court has misapprehended the facts, a party's position, or the controlling law." *Servants of Paraclete v. Does*, 204 F.3d 1005, 1012 (10th Cir. 2000). "It is not appropriate to revisit issues already addressed or advance arguments that could have been raised in prior briefing." *Id.*

Upon review of the parties' submissions, the demanding standards for reconsideration, and the Court's prior ruling [Doc. No. 43], the Court finds that reconsideration is unwarranted. Accordingly, Plaintiff's motion for reconsideration of the Court's Order granting partial summary judgment in favor of Defendant [Doc. No. 47] is DENIED.

IT IS SO ORDERED this 11th day of July, 2024.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE